# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A SEARCH WARRANT

I, William M. Lemon, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant for a residence at 4890 Veterans Highway, New Martinsville, West Virginia 26155, which is located in the Northern District of West Virginia. Residence is further described as single story dwelling which sits along the eastern roadway edge of Veterans Highway (WV Route 180). The driveway is located approximately 250 feet south of the intersection of Veterans Highway and Dutch Run Road. The residence has an attached single car garage which is visible from the roadway. Residence also has a red tin roof as well as stone facade and large picture window which also faces the main roadway.

2. I am a deputized Task Force Officer with the Drug Enforcement Administration (DEA), United States Department of Justice. As such, I am a law enforcement officer of the United States within the meaning of 18 U.S.C. §2510(7), and am empowered by law to conduct investigations and to make arrests for offenses enumerated in 18 U.S.C. §2516.

3. Your affiant has been employed with the West Virginia State Police ("WVSP") since November 1998. Your affiant successfully completed his police training which included classes dealing with criminal investigations. In June 1999, your affiant was assigned to the West Virginia State Police, Martinsburg Detachment, at which time he received additional training dealing with criminal investigations, specifically illegal narcotics investigations, crimes against property and persons. Prior to employment with the West Virginia State Police, your affiant received a Bachelor of Science Degree in Criminal Justice from Fairmont State University. This course of study focused on criminal law, criminal investigations, and illegal narcotics.

4. As a West Virginia State Trooper, your affiant has been the lead investigator in over three hundred criminal investigations. These investigations have resulted in successful prosecution in state and federal court. Further, your affiant is currently assigned to the West Virginia State Police Bureau of Criminal Investigations (BCI) and the Marshall County Drug Task Force. Your affiant has received intensive training in regard to drug investigations and has completed the Drug Enforcement Administration basic drug investigation course. Your affiant often works in an undercover capacity to facilitate the purchase or seizure of narcotics.

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

6. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 21 U.S.C. § 841 have been committed by Amber BROWN and others. There is also probable cause to search the information described in Attachment B for evidence of these crimes, as described in Attachment A.

**PROBABLE CAUSE**

7. On October 23, 2018 Task Force Officers of the Marshall County Drug Task Force (MCDTF) in Moundsville, WV debriefed Timothy LOHRI in regard to his account of the facts and circumstances surrounding the Elaine Crip Family(ECF)/Drug Trafficking Organization (Columbus, OH based DTO that established a drug trade in the NDWV). This interview took place in the presence of his attorney, Ed Rollo, and was in accordance with a standard plea agreement reached in the United States District Court in the Northern District of West Virginia. LOHRI advised that he was aware that the ECF/DTO established a "trap" (drug distribution residence) at the apartment of Amber BROWN in the Chapel View housing project. Lohri stated he became aware of this situation as Rodriquies "Dree" EVANS (ECF/DTO leader, currently under indictment in NDWV) asked him if he knew BROWN and if she was a snitch. Lohri advised EVANS that he did not know BROWN. Lohri stated that EVANS sent two guys to BROWN's apartment to monitor drug sales.

8. During early January, 2019 SGT W.M. Lemon learned from Wetzel County Deputy Sheriff, Roger Spragg that his office received information from an anonymous source that Amber BROWN was shot and beaten within a residence she resides in New Martinsville, WV. Spragg advised that he was dispatched to perform a "welfare check" of BROWN. Spragg further advised when he arrived at the residence BROWN was not present.

9. On January 13, 2019 SGT W.M. Lemon received digital photographs of Amber BROWN from a confidential informant, in which she appeared to have been beaten about the face and shot in the left upper arm. The pictures were taken in a residence in which BROWN was residing located at 4890 Veterans Highway, New Martinsville, WV. SGT Lemon positively identified the residence as the MCDTF executed a search warrant at the residence in regard to a former occupant. BROWN did not contact the police or seek medical treatment at a hospital for the gunshot or the beating.

10. On January 19, 2019, SGT Lemon was covertly monitoring the FACEBOOK page of Amber BROWN. SGT Lemon observed that BROWN posted on her timeline two (2) photographs of a police report pertaining to a undercover police operation and the recent

2

federal indictment of Meagan THOMPSON for distribution of crystal methamphetamine in the NDWV. Along with the police report BROWN posted that THOMPSON was a "snitch" and working with the police.

11. On February 28, 2019, Corporal J.R. Kocher of the MCDTF while investigating an unrelated crime at the Northern Regional Jail began monitoring jail calls originating from the NRJ. During the monitoring, Kocher discovered that inmate Rodriquies "Dree" EVANS (referenced in paragraph #7) was telephoning Amber BROWN. Kocher further learned that BROWN had begun visiting EVANS at the NRJ in July, 2018. Kocher also began monitoring telephone calls between EVANS and BROWN beginning in January 2019 through April 2019. During this time frame EVANS telephoned BROWN approximately 45 times. During these telephone calls EVANS often tells BROWN to three way another caller onto the line- on one occasion the third party caller is a male subject referred to as "Shaggy". EVANS, BROWN and "Shaggy" discuss selling drugs in the NDWV. EVANS also tells "Shaggy" that he needs to get with my people, (believed to mean Evans wants "Shaggy" to make contact with Evan's associates in Columbus, OH- likely Elaine Crip Family members to facilitate drug distribution). "Shaggy" advises EVANS and BROWN that he has a "Spot" set up in Paden City and he is ready, (believed to mean "Shaggy" has a "trap house" set up to distribute drugs). In another jail call "Shaggy" was speaking with Amanda LONG, who was incarcerated at the NRJ. During this call "Shaggy" tells LONG that he is set up with "Black James" in Paden City.

12. Members of the MCDTF were able to identify "Shaggy" as Caleb MCCUNE of New Martinsville, WV. It was further learned that MCCUNE and EVANS were at one time housed together in the same pod at the Northern Regional Jail. MCCUNE is known by members of the MCDTF as a lower level drug dealer in the New Martinsville area. Further, MCCUNE is a multi-state felony offender with five (5) previous arrests for drug related crimes in West Virginia and Pennsylvania.

13. Members of the MCDTF were able to identify "Black James" as James DIGGS. DIGGS who resides at 104 East Pollock Street, Paden City, WV. DIGGS is a former soldier in the US Army and was arrested in 2012 for use of schedule I, II or III drugs. DIGGS was subsequently discharged for wrongful use of cocaine and hallucinogens via Chapter 14 discharge (other than honorable). DIGGS resides at the Pollock Street address with Helena Danielle Billiter.

14. On March 6, 2019, SGT W.M. Lemon established covert surveillance in the area of Amber BROWN'S residence located at 4890 Veterans Highway, New Martinsville, WV. Lemon observed a maroon in color GMC Envoy with Iowa registration plates park at the residence. An unknown white male and BROWN exited the vehicle and entered the residence.

15. On March 7, 2019, CPL Kocher of the MCDTF observed the above-mentioned vehicle in New Martinsville, WV and established surveillance on same. Kocher observed the same unknown white male along with Julie HATGY and Amber BROWN within the vehicle. HATGY lives within the house in which BROWN resides. Kocher continued surveillance on this group for approximately 3 hours, during which they met with several people and exhibited behavior that is consistent with street level narcotics distribution.

16. On March 8, 2019, SGT Lemon again established surveillance at the residence of Amber BROWN. Lemon observed the maroon GMC Envoy arrive at the residence and depart a short time later. During this incident the Lemon caused the vehicle to be traffic stopped and positively identified the unknown white male. The driver was identified as James LEONATTI, of Little Rock, Kansas. LEONATTI is a sex offender and multi-state offender with approximately 10 felony arrests, including multiple drug arrests.

17. On March 11, 2019, a controlled buy of crystal methamphetamine was conducted with Amber Brown at her residence, by way of a confidential informant. Approximately 3.5 grams (8 ball) of crystal methamphetamine was purchased from BROWN for $200. Also present during the controlled buy within the residence was Caleb MCCUNE. This controlled buy was coordinated via FACEBOOK messenger. The purchased drug evidence was sent to the DEA Mid-Atlantic Laboratory for analysis. On April 29, 2019 SGT Lemon received the lab report from the DEA Mid-Atlantic Forensic laboratory in regard to the above mentioned purchased drug evidence. The report identified the drug evidence as Methamphetamine Hydrochloride, with a substance purity of 100%.

18. On March 13, 2019, SGT Lemon received information pertaining to Amber BROWN distributing crystal methamphetamine-"Ice "in New Martinsville and other areas of the NDWV. The SOI was a former CI who has performed controlled buys and provided reliable information in the past. The SOI has stayed within the residence in which Amber BROWN resides, in the past and has observed her selling "ice" from this residence. The SOI stated BROWN is associated with/uses as a driver, James "Jimmy" LEONATTI, a resident of Iowa. The undersigned officer has observed LEONATTI with BROWN on 3/6/19. The SOI further stated that BROWN uses LEONATTI to pick up "loads" of "Ice" during "re-ups". The SOI stated that several people are selling Ice originating from BROWN. It is unknown if these subjects are "working" for/with BROWN or are merely using BROWN as a SOS then redistributing on their own. Anthony "Tony" WOODRUM and Kaley EDGELL: These subjects are living at EDGELL's residence in Brooklyn area of New Martinsville. Both are known by Task Force Members as low level Ice users and dealers. The SOI stated that these two subjects were "pushing for BROWN" (NFI). Diamond AUSTIN was identified by the SOI as another subject selling Ice originating from BROWN. AUSTIN lives with "Gay Paige" (NFI) in the area of 722 Sixth Street, New

4

Martinsville, WV. AUSTIN is known by Task Force Members through association with Martin MCNEIL/ANDERSON as AUSTIN is the Mother of his child. Zachery JERICHO was identified as selling Ice from BROWN. JERICHO's is associated with Julie HATGY as she is the mother of his children, she further resides with BROWN. JERICHO is reportedly living with his mother in New Martinsville, WV (NFI), although he is known to stay at BROWN's residence. Julie HATGY was identified by the SOI of selling Ice originating from BROWN. HATGY resides with BROWN and Michael METZ at 4890 Veterans Highway, New Martinsville. NOTE: SGT Lemon has performed controlled buys on both EDGELL and JERICO, with both cases still outstanding.

19. On March 14, 2019, SGT Lemon and members of the MCDTF established covert surveillance at the residence of Amber BROWN. BROWN was observed to enter a vehicle and depart the residence. TFO Keith McCallen traffic stopped the vehicle a short time later for a traffic violation. McCallen identified BROWN along with the driver, Irvin LOY and passengers Debra DERBY and David METZ (METZ is the owner of the residence in which BROWN and HATGY reside-METZ resides there as well). METZ was subsequently arrested for misdemeanor possession of methamphetamine and obstructing an officer.

20. On March 14. 2019, MCDTF member, SGT James Matthews initiated a traffic stop on a vehicle traveling north on State Route 2 in Marshall County. Matthews identified the occupants of the vehicle as Markos WHEELER and Dominic MCCALL, both of Columbus, OH. During the traffic stop Matthews seized suspected marijuana from the vehicle during a probable cause search. During a roadside interview, SGT Matthews developed probable cause to seize the cell phones of both subjects and $3,570 in U.S. currency on the person of MCCALL. Both subjects were released after the traffic stop. An inquiry was made to the Columbus Police Department, Criminal Intelligence Unit (gang unit) in regard to MCCALL and WHEELER. Both MCCALL and WHEELER were positively identified as members of the Elaine Crip Family (referenced in paragraph #7). A search warrant was executed on the cell phones and it was learned that the cell phone in MCCALL'S possession was assigned the telephone number (614) 377-1439. Subsequently, it was learned that Rodriquies "Dree" EVANS, Elaine Crip Family leader, had been contacting the phone number assigned to the cell phone of Dominic MCCALL from the Northern Regional Jail. CPL Kocher identified calls between EVANS and MCCALL from 11/1/18 and 3/22/19. Kocher listened to these calls in which EVANS talks to a subject he refers to a "NIC" (believed to be slang/shortened version of Dominic) and discovered that EVANS had arranged for MCCALL to supply Amber BROWN with crystal methamphetamine for distribution throughout the NDWV. MCCALL was the Source of Supply (SOS) for BROWN for an unknown period of time and may still be the Source of Supply (SOS). It was also discovered that MCCALL was the person who shot and beat BROWN in her residence in January, 2019 (referenced in paragraph #9). The

shooting and beating of BROWN stemmed from a disagreement in regard to the sale of crystal methamphetamine.

21. On March 18, 2019, members of the MCDTF established covert surveillance in the area of 104 East Pollock Street, Paden City (DIGGS residence and purported "trap" house, established by MCCUNE). Foot and vehicle traffic was observed at the residence that is consistent with illegal drug activity. Members of the MCDTF observed a vehicle depart the residence with three occupants and caused the vehicle to be traffic stopped due to equipment violations. The vehicle occupants were identified as Justin STILLWAGON, Helena Danielle BILLITER and Cynthia LOY. A K-9 search of the vehicle indicated the presence of narcotics, subsequently LOY was issued a misdemeanor citation for possession of heroin and prescription narcotics.

22. On April 1, 2019, SGT Lemon was covertly monitoring the FACEBOOK page of Amber BROWN. SGT Lemon observed that BROWN posted on her timeline one (1) photograph of a police report pertaining to a narcotics operation. BROWN further posted that Zack FARLEY was a "snitch" and working with the police.

23. On April 30, 2019 MCDTF conducted a controlled buy at the residence of Amber Brown, with CI 266-19-03. This controlled buy was for $200 of crystal methamphatamine. This substance field tested positive for methamphatamine.

24. On May 1, 2019. SGT Lemon caused a controlled buy to occur in New Martinsville, WV. During the controlled buy the CI purchased 3.5 grams of crystal methamphetamine from Wesley Aaron EBBERT for $200. A previous controlled buy with EBBERT occurred on April, 18, 2019. Both of the above-mentioned controlled buys were coordinated via messages through cellphone with EBBERT. EBBERT is believed to be distributing crystal methamphetamine obtained from Amber BROWN.

25. During the controlled buy EBBERT arrived in a silver BMW SUV driven by his live-in girlfriend and mother of children, Summer Lyn STARCHER. After the controlled buy the undersigned officer picked up surveillance on the vehicle along State Route 180 in New Martinsville, WV. A short time later the vehicle was traffic stopped by Wetzel County Deputy, Mike Owens. The stop was initiated due to EBBERT having an active state warrant for his arrest for driving violations. EBBERT was subsequently arrested at the scene.

The driver of the vehicle STARCHER gave consent for the vehicle to be searched and admitted their was drugs within the vehicle. A search of the vehicle yielded ¼ ounce of crystal methamphetamine.

26. SGT Lemon learned that STARCHER was willing and wishing to talk to someone in regard to the drugs located during the traffic stop. The undersigned officer interviewed STARCHER (post Miranda) in regard to her account of the facts and circumstances

surrounding this incident. STARCHER admitted that there was crystal methamphetamine and other drugs in the vehicle that was seized during the traffic stop. STARCHER stated that her boyfriend, EBBERT had decided to start selling crystal methamphetamine to make ends meet and pay bills.    STARCHER further identified two (2) Sources of Supply (SOS) that EBBERT used to obtain crystal methamphetamine for redistribution in the Northern District of West Virginia. In addition, STARCHER stated she has personal knowledge that EBBERT has used Amber BROWN as a Source of Supply for crystal methamphetamine.

27.    On May 10, 2019 at approximately 1300 hours, the undersigned officer along with CPL J.R. Kocher debriefed Mr. EBBERT in regard to his account of the facts and circumstances surrounding the distribution of crystal methamphetamine in the NDWV, more specifically Wetzel and Marshall Counties.

28.    EBBERT was arrested on a state warrant for his arrest following a controlled buy that occurred in New Martinsville, WV. A search of the vehicle he was arrested in yielded approximately 6.7 grams of crystal methamphetamine and the debriefing of the Driver, Summer STARCHER (EBBERT's girlfriend and Mother of his children). EBBERT contacted the undersigned officer and wanted to work as a CI for consideration in regard to possible criminal charges in the future.

29.    EBBERT stated he began buying crystal methamphetamine from BROWN in November, 2018. EBBERT stated he used Julie HATGY as a go-between himself and BROWN. EBBERT stated he obtained meth on three (3) occasions two being eight balls (3.5 grams) and one occasion for a quarter ounce. EBBERT stated on Black Friday, 2018 BROWN, HATGY and Zach JERICHO robbed him in BROWN's residence. EBBERT stated they stole $200 and 7 or 8 grams of meth from him. After this incident EBBERT stated he used Ben ARMON as a go-between to obtain meth from BROWN. EBBERT stated he used ARMON, who would contact HATGY to arrange delivery on three occasions, once at BROWN's residence for an 8 ball, once at Abbie View in New Martinsville for ¼ ounce and once along 5th Street in NM for four (4) grams. EBBERT further stated he supplied BROWN with crystal methamphetamine on three occasions in February 2019. The first occasion was at Tractor Supply in NM for one gram. The second occasion was in March 2019 at Tractor Supply for ¼ ounce and the last occasion occurred at Choo-Choo's in NM for four grams. During all occasions BROWN was driven to the locations by James LEONATTI.

30.    On May 14, 2019 the undersigned officer was notified by a neighbor of Amber BROWN that EBBERT's vehicle along with several other vehicles were at BROWN's residence. A short time later the neighbor reported that a male subject was running down the roadway near BROWN's residence in only underwear and socks and EBBERT and another subject ran out of the house and into their vehicle speeding away. The undersigned officer made an inquiry with EBBERT as to what occurred. EBBERT stated that he and Steve HALFORD made arrangements to purchase meth from BROWN (Not a controlled buy). EBBERT stated that within the BROWN residence was Julie HATGY, Robert MAVETY, BROWN, Michael METZ and Jimmy ELLISON. EBBERT stated that they began beating and robbing both he and HALFORD, cutting their faces with rings or some kind of sharp objet. EBBERT further stated that they stole all his money he brought for

7

the purchase of meth and his cell phone. It was further learned at the beginning of this incident, Amber BROWN stole EBBERT's cell phone and accessed messages between SGT Lemon and EBBERT in regard to EBBERT attempting to work as a confidential informant. EBBERT advised that BROWN and the others beating him after learning that EBBERT was attempting to work with the police.

31. On May 21, 2019 MCDTF conducted a controlled buy with Julie Hatgy in New Martinsville, WV with CI 327-19-01. The controlled buy was for $200 of crystal methamphatamine, the purchased drug evidence field tested positive for methamphatamine.

32. On May 24, 2019 at approximately 1000 hours, the undersigned officer debriefed James ELLISON at the Northern Regional Jail. ELLISON was arrested the previous evening by NMPD for felony fleeing in a vehicle. ELLISON is referenced paragraph 30, in regard to EBBERT. ELLISON was called by Amber BROWN when EBBERT and others were at her residence. ELLISON arrived and beat EBBERT and two other subjects upon BROWN'S request.

33. ELLISON agreed to the debrief and wished to be released from Jail to work as a Confidential Informant. After interviewing ELLISON the undersigned officer decided to not seek ELLISON's release and not employ ELLISON as a CI.

34. ELLISON stated that BROWN uses him as a "Hitman" further, she refers to him as her "Hitman". ELLISON stated BROWN uses him as muscle and he beats people for BROWN. ELLISON stated he was a runner for BROWN and he has sold meth for BROWN "countless times". ELLISON stated he was at BROWN's residence a week prior and BROWN received ¼ pound of crystal methamphetamine from a black male from out of town. ELLISON stated that when BROWN received the meth she placed same into a safe located in her living area (This is consistent with previous debriefs/intel reports). The undersigned officer inquired as to who ELLISON had sold to in the past. ELLISON stated he has sold to George MOFFITT, Mary MOFFITT, Mary GREATHOUSE, Skyler BARNHARDT, Willard LOY.

35. Throughout this investigation investigators with the MCDTF have received credible information from several neighbor's in regard to the happenings in and around the residence of Amber Brown. This information has pertained to photographs of vehicles in the driveway, registration plates of vehicles in the driveway and the identity of people at the residence; often times these subjects were confirmed to be active in the distribution of crystal methamphatamine.

36. On June 1, 2019 at approximately 0518 hours, neighbor's of Amber Brown reported to investigators at the MCDTF of hearing a gunshot from the residence and people yelling. The police were not contacted and no further activity was observed.

37. On June 3, 2019 SGT Lemon received details from a Source of Information (SOI) that has access to Amber BROWN, that a subject named Martin ANDERSON was returning to the area for the purpose of becoming the crystal methamphatamine Source of

Supply (SOS) for Amber BROWN. (NOTE: ANDERSON was slated to be indicted in the NDWV for a weapons violation on June 4, 2019). ANDERSON had fled the area in late 2018 in anticipation of possibly being indicted and established residency in South Carolina. The SOI stated they would get more details in regard to the date of the re-up with BROWN and what type vehicle ANDERSON is operating.

38. On June 4, 2019 Martin ANDERSON was indicted in the NDWV for three (3) weapons violations.

39. On June 5, 2019 the SOI mentioned in paragraph 37 advised SGT Lemon that Martin ANDERSON was driving a white four door Cadillac and the re-up with BROWN had not taken place.

40. On the same date, SGT Lemon and CPL Kocher began searching the New Martinsville, WV area for Martin ANDERSON. Lemon and Kocher observed a white Lincoln Town car (similar in appearance to a Cadillac) with South Carolinian registration. Lemon and Kocher began surveillance of the Lincoln. A short time later the subjects within the Lincoln began driving erratically and attempting to shed the surveillance. The Lincoln accelerated through the downtown area of New Martinsville, reaching speeds of 70 MPH and running stop signs. Lemon and Kocher continued surveillance at a distance at normal speeds. Eventually the Lincoln crashed in the yard of a residence and three (3) subjects fled the vehicle on foot. After a short foot pursuit, Martine ANDERSON was taken into custody (a digital scale was located along the route ANDERSON fled). A witness to the subjects fleeing on foot directed police to a garbage can in which the witness observed the fleeing subject through a handgun. A Smith and Wesson, 9 mm pistol was recovered from the garbage can. Two (2) subjects evaded capture by the police, but were later identified by the MCDTF.

41. SGT Lemon learned that Martin ANDERSON had brought his three year old autistic daughter from South Carolina and she was currently in a motel in St. Marys, WV with a subject named Shayla LEGENDRE. SGT Lemon caused a welfare check to occur at the motel and LEGENDRE was identified and interviewed. LEGENDRE gave consent to search the room and a small amount of crystal methamphatamine was located. CPS was contacted and CPS workers took custody of the three year old girl.

42. Troopers conducting the welfare check interviewed the staff at the motel. Troopers advised SGT Lemon that LEGENDRE and ANDERSON checked into the motel on June 4, 2019 and were assigned room 17. Further, at 0300 on June 5, 2019 Julie HATGY (mentioned throughout affidavit, known associate of Amber BROWN). Checked into room 16 (next door to room 17) and used ANDERSON's vehicle information in regard to her vehicle on the motel registration card. HATGY was no longer in the room at 0700 the same date (occupied room for less than four hours).

43. On June 5, 2019 members of the MCDTF received information from neighbors of Amber BROWN that a high number of vehicles and people were in an around the residence. MCDTF members believe this is indicative of possible drug distribution activities.

9

44. SGT Lemon believes that the activities described in paragraph 42 was the re-up mentioned in paragraph 39. Further, SGT Lemon believes HATGY to be acting on the behalf of Amber BROWN.

45. Sgt. Lemon has knowledge that Amber BROWN has association with known gang members (Elaine Crip Family), and that BROWN was pistol whipped and shot by a known ECF member in the residence to be searched. After that incident, BROWN stated to several people that she has obtained a pistol, further we have knowledge that a gun was fired in or around the residence on June 1st. Additionally, BROWN has caused the beating of three (3) people within the residence.

46. Furthermore, on a case-by-case basis, your Affiant evaluates every circumstance existing at the time of search warrant execution to determine whether any emergency exists to justify entry without knocking and announcing first, into that particular location. Based upon the anticipated presence of firearms inside the described premises, your Affiant is requesting that the agents/officers not be required to knock and announce prior to entering Subject Premises since knocking would risk injury to the police officers executing the search warrant and also risk the occupants destroying the sought-after evidence between the knocking and announcing, and his or her entry. Furthermore, because of the potential for individuals to be armed and the safety of the law enforcement officers involved, your Affiant requests that the Court authorize execution of the warrant at any time of the day or night.

In summary, your affiant, with his specialized training and experience, after evaluating the aforementioned information believes that Amber BROWN is operating a drug trafficking Organization (DTO) and is distributing crystal methamphetamine within the NDWV.

**I swear and subscribe to the information contained in this affidavit:**

Executed on this 6th day of June 2019.

_____
TFO W.M. Lemon
WVSP-BCI

Subscribed to and sworn before me this 6th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

10